UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 27, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Elite Lighting,

    Plaintiff,

v.

Engineered Representation, Inc. et al,

    Defendants.

2:18-cv-09591-VAP-RAOx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendants' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:  3/27/19

Virginia A. Phillips
Chief United States District Judge

1